JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **COREY DAMONT SYLVE, ET AL.**, <br><br> Defendants. | Case No.   CV 13-08971 WDK-PLA <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Corey Damont Sylve, individually and doing business as The Beach Café, and Social Services Staffing, Inc., an unknown business entity doing business as The Beach Café, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Corey Damont Sylve, individually and doing business as The Beach Café, and Social Services Staffing, Inc., an unknown business entity doing business as The Beach Café, shall pay the plaintiff, J & J Sports Productions, Inc., $4,400.00 in total damages.

1   IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendants or the pro se defendants in this matter.

Dated: October 4, 2016

_____
William Keller
United States District Judge